## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DEVIN HILL, #209770, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-00619-KD-C |
| | ) | |
| WARDEN CYNTHIA WHITE, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of all the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 22) made under 28 U.S.C. § 636(b)(1)(B) and dated June 27, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **29th** day of **July 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**