IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEVIN HILL, #209770,**<br>    **Plaintiff,** | )<br>)<br>) |
| **v.** | )    **CIVIL ACTION NO. 12-00619-KD-C** |
| | ) |
| **WARDEN CYNTHIA WHITE,** *et al.***,**<br>    **Defendants.** | )<br>) |

**JUDGMENT**

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **29th** day of **July 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**